# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>SAMUEL JOSEPH GRAJEDA,<br><br>                    Defendant. | Case No.  5:25-po-00136-CDB<br><br>**ORDER ON STIPULATION CONTINUING AUGUST 05, 2025, STATUS CONFERENCE TO SEPTEMBER 02, 2025**<br><br>(Doc. 11) |

For good cause set forth in the parties' stipulated representations (Doc. 11), it is HEREBY ORDERED that the status conference currently set for August 05, 2025, at 10:00 am is continued to September 02, 2025, at 10:00 am.

IT IS SO ORDERED.

Dated:   **June 18, 2025**                                          _____
                                                                                       UNITED STATES MAGISTRATE JUDGE