| | |
|---|---|
| 1 | MICHELE BECKWITH |
| | Acting United States Attorney |
| 2 | ARIN C. HEINZ |
| | Assistant United States Attorney |
| 3 | MISDEMEANOR UNIT |
| | 2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721 |
| | Telephone: (559) 497-4000 |

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:25-po-00136-CDB |
| Plaintiff, | [Citations #E2152165, E2152164 & E2152168 CA/10] |
| v. | |
| SAMUEL J. GRAJEDA, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Michele Beckwith, Acting United States Attorney, and Arin C. Heinz, Assistant United States Attorney, hereby moves to dismiss Case No. 5:25-po-00136-CDB [Citations #E2152165, E2152164 & E2152168 CA/10] against SAMUEL J. GRAJEDA, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: June 27, 2025                    Respectfully submitted,

                                              MICHELE BECKWITH
                                              Acting United States Attorney

                                  By:    /s/ *Arin C. Heinz*
                                            ARIN C. HEINZ
                                            Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that Case No. 5:25-po-00136-CDB [Citations #E2152165, E2152164 & E2152168 CA/10] against SAMUEL J. GRAJEDA be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **June 30, 2025**

UNITED STATES MAGISTRATE JUDGE