**The Law Office of Victor Nasser, A.P.C.**
Victor Nasser, Esq.  SBN: 326736
1226 L Street
Bakersfield, California 93301
Tel: (310) 903-9721
Email: victor@vicnasserlaw.com

Attorney for Defendant
Samuel Joseph Grajeda

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL JOSEPH GRAJEDA,<br><br>Defendant. | No.  5:25-po-00136-CDB<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF VICTOR NASSER AS ATTORNEY OF RECORD AND [PROPOSED] ORDER** |

On June 03, 2025, Defendant Samuel Joseph Grajeda was arraigned on federal charges. CJA Panel Attorney Victor Nasser was appointed as trial counsel to represent Mr. Grajeda on June 17, 2025, in his criminal case. Mr. Grajeda's matter was dismissed without prejudice on June 30, 2025.

The trial phase of Mr. Grajeda's criminal case has, therefore, come to an end. Having completed his representation of Mr. Grajeda, CJA attorney Victor Nasser is now moving to terminate his appointment under the Criminal Justice Act.

Should Mr. Grajeda require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: July 21, 2025                                  Respectfully submitted,


                                                      /s/ VICTOR NASSER__
                                                      Victor Nasser, Esq.
                                                      Attorney for Defendant
                                                      Samuel Joseph Grajeda


### [PROPOSED] ORDER

Having reviewed the notice and found that attorney Victor Nasser has completed the services for which he was appointed, the Court hereby grants attorney Victor Nasser's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Samuel Joseph Grajeda at the following address and to update the docket to reflect Defendant's pro se status and contact information.

FCI-FLORENCE
5880 HWY 67 SOUTH
FLORENCE, CO 81226

IT IS SO ORDERED.

Dated:  **July 21, 2025**                             _____
                                                      UNITED STATES MAGISTRATE JUDGE